IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:21cr54-LG-JCG

ALVIN RAY LUCAS   21 U.S.C. § 846
a/k/a Alvin Lucas and
SONYA CONTREASE FULCHER-MASSEY

**The Grand Jury charges:**

That from in or around January 2016, through on or about July 25, 2019, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendants, **ALVIN RAY LUCAS a/k/a Alvin Lucas** and **SONYA CONTREASE FULCHER-MASSEY**, did knowingly and intentionally conspire with each other, and others both known and unknown to the Grand Jury, to possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Section 841(b)(1)(A).

**QUANTITY OF CONTROLLED SUBSTANCES INVOLVED IN THE CONSPIRACY**

With respect to **ALVIN RAY LUCAS a/k/a Alvin Lucas**, the amount involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other conspirators reasonably foreseeable to him, is 50 grams or more of methamphetamine.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

With respect to **SONYA CONTREASE FULCHER-MASSEY**, the amount involved in the conspiracy attributable to her as a result of her conduct, and the conduct of other conspirators reasonably foreseeable to her, is 50 grams or more of methamphetamine.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been comingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 21, United States Code, Section 853.

*[signature]*
DARREN J. LAMARCA
Acting United States Attorney

A TRUE BILL:

 s/signature redacted
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 15th day of June, 2021.

*[signature]*
UNITED STATES MAGISTRATE JUDGE